UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

WAYMON KINCAID,

          Petitioner,

v.

MICHIGAN PAROLE BOARD et al.,

          Respondents.

_____/

Case No. 1:22-cv-228

Honorable Paul L. Maloney

## **ORDER**

In accordance with the opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.

Dated:   April 11, 2022

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge