UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

WAYMON KINCAID,

       Petitioner,

v.

MICHIGAN PAROLE BOARD et al.,

       Respondents.

_____/

Case No. 1:22-cv-228

Honorable Paul L. Maloney

## JUDGMENT

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases as duplicative and, therefore, frivolous.

Dated:   April 11, 2022          /s/ Paul L. Maloney
                                                           Paul L. Maloney
                                                           United States District Judge